JEAN B. TOMPKINS, Respondent, *v.* HUGH E. HALE et al., as Directors of 1165 FIFTH AVENUE CORPORATION et al., Appellants.

Argued October 11, 1940; decided November 13, 1940.

*Richard S. Holmes* for appellants.
*Leslie J. Tompkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.